

# Fourth Court of Appeals
## San Antonio, Texas

November 20, 2018

No. 04-17-00558-CV

**KONARK LIMITED PARTNERSHIP** (Cross- Appellee),
Appellant

v.

**BTX SCHOOLS, INC.** and Basis Schools (Cross- Appellants),
Appellees

From the 37th Judicial District Court, Bexar County, Texas
Trial Court No. 2017-CI-01954
Honorable Laura Salinas, Judge Presiding

## O R D E R

Appellee/Cross-Appellant filed a motion requesting a 15-day extension of time to file a motion for rehearing and for en banc reconsideration. The motion is GRANTED. Appellee/Cross-Appellant's motion for rehearing and for en banc reconsideration is due no later than December 11, 2018.

_Sandee Bryan Marion_
Sandee Bryan Marion, Chief Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 20th day of November, 2018.

_Keith E. Hottle_
KEITH E. HOTTLE,
Clerk of Court